■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO RIVERA, Appellant. [938 NYS2d 433]

The court properly exercised its discretion in determining that substantial justice dictated denial of the motion (*see e.g. People v Gonzalez*, 29 AD3d 400 [2006], *lv denied* 7 NY3d 867 [2006]). Defendant had an extensive criminal history and a poor prison disciplinary record, and these factors outweighed any mitigating factors. In particular, defendant had an opportunity to have the underlying drug conviction reduced to a misdemeanor by completing a drug treatment program; instead, he absconded from the program and committed a robbery. Concur— Tom, J.P., Andrias, Catterson, Richter and Abdus-Salaam, JJ. **[Prior Case History: 27 Misc 3d 1217(A), 2010 NY Slip Op 50788(U).]**